**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**OWEN GARTH HINKSON,**
Reg. #17785-038                                                                                    **PLAINTIFF**

V.                              CASE NO. 4:17-CV-797-KGB-BD

USA, et al.                                                                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Hinkson is free to file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, the right to appeal questions of fact may be jeopardized.

**II.**   **Discussion**

Owen Garth Hinkson, a federal inmate at the McRae Correctional Institution in McRae Helena, Georgia, filed this lawsuit under the Federal Tort Claims Act ("FTCA"). (Docket entry #2) The United States has filed a motion to dismiss Mr. Hinkson's claims

based on a failure to exhaust administrative remedies before filing suit.[1] (#14) In his response to the motion to dismiss, Mr. Hinkson has concedes that the case should be dismissed based on failure to exhaust administrative remedies prior to filing suit. (#21)

## III. Conclusion

The Court recommends that the Defendant's motion (#14) be GRANTED and that Mr. Hinkson's claims against the United States be DISMISSED, without prejudice. The pending motion for relief (#18) should be DENIED, as moot.

IT IS SO ORDERED, this 26th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously recommended that Mr. Hinkson's claims against the Department of Justice and the Doe Defendants be DISMISSED, with prejudice, because the United States is the only proper defendant in a claim brought under the FTCA. (#10) That recommendation remains pending.