# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**OWEN GARTH HINKSON,**
Reg #17785-038                                                                                             **PLAINTIFF**

v.                                    Case No. 4:17-cv-797 KGB/BD

**USA,** *et al*.                                                                                         **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition ("Recommendation") of Magistrate Judge Beth Deere (Dkt. No. 10). Plaintiff Owen Garth Hinkson filed a motion to agree with Judge Deere's Recommendation (Dkt. No. 13). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. Hinkson's claims against the Doe defendants and the Department of Justice are dismissed with prejudice.

It is so ordered, this the 18th day of May, 2018.

_____
Kristine G. Baker
United States District Judge