# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

OWEN GARTH HINKSON,
Reg #17785-038     PLAINTIFF

v.     Case No. 4:17-cv-00797 KGB/BD

USA     DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Beth Deere (Dkt. No. 22). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 22). The Court grants defendant the United States of America's motion to dismiss (Dkt. No. 14). The Court dismisses without prejudice plaintiff Owen Garth Hinkson's complaint (Dkt. No. 2). The Court denies as moot the government's pending motion for relief (Dkt. No. 18).

So ordered this 27th day of June, 2018.

_____
Kristine G. Baker
United States District Judge