**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**OWEN GARTH HINKSON,**
**Reg #17785-038**                                                                      **PLAINTIFF**

**v.**                                    **Case No. 4:17-cv-00797 KGB/BD**

**USA**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Owen Garth Hinkson's complaint is dismissed without prejudice.

So adjudged this the 27th day of June, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Court Judge